**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00534-CV**

_____

## IN RE WM TRUCKING & EXCAVATING, INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, WM Trucking & Excavating, Inc., has filed a petition for writ of mandamus challenging an associate judge's determination that the trial court lacks plenary power to rule on relator's motion to sever.[1] Relator requests that our Court

---

[1] The underlying case is *WM Trucking & Excavating, Inc. v. Pueblo Excavation LLC, Manuel Pantoja, and The Cincinnati Insurance Company*, cause number 23-DCV-305905, pending in the 400th District Court of Fort Bend County, Texas. Respondent, the Honorable Tamecia Glover, is an associate judge of the court.

"issue a conditional mandamus to the Trial Court to acknowledge its ongoing plenary power over the Underlying Lawsuit." We deny the petition.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Countiss.